IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICK MANNION,** : | CIVIL ACTION NO. 1:05-CV-1584 |
| : | |
| **Plaintiff** : | (Judge Conner) |
| : | |
| v. : | |
| : | |
| **COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA STATE POLICE**, et al., : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 5th day of September, 2006, upon consideration of defendants' motion to dismiss (Doc. 5) the original complaint, and upon further consideration of the amended complaint (Doc. 18), see FED. R. CIV. P. 15(a) ("A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . ."), and it appearing that the amended complaint renders the original complaint a legal nullity, see Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002) ("An amended complaint supercedes the original version in providing the blueprint for the future course of the lawsuit."); 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (2d ed. 1990) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case . . . ."), it is hereby ORDERED that the motion to dismiss (Doc. 5) the original complaint is DENIED as moot.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge